Bobby Saadian (SBN 250377)
bobby@wilshirelawfirm.com
Nicol E. Hajjar (SBN 303102)
nicol@wilshirelawfirm.com
Elizabeth M. Votra (SBN 310717)
evotra@wilshirelawfirm.com
**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Fl.
Los Angeles, California 90010
Telephone:  (213) 381-9988
Facsimile:   (213) 381-9989

Attorneys for Plaintiff
LACRETIA MARTIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACRETIA MARTIN, an individual, <br><br>  Plaintiff, <br><br> vs. <br><br> BUSINESS WIRE, INC., a California corporation; BERKSHIRE HATHAWAY ASSURANCE CORPORATION, LLC, a corporation; and DOES 1 through 50, inclusive, <br><br>  Defendant | Case No. 21-cv-02887-WHO <br><br> **NOTICE OF SUBSTITUTION OF ATTORNEY** <br><br> Complaint Filed: March 11, 2021 <br> Removal Date:  April 21, 2021 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Elizabeth M. Votra of Wilshire Law Firm, PLC, joins this matter as additional counsel of record for Plaintiff Lacretia Martin. Counsel request that Kristen M. Tojo be removed from the matter due to the fact that she is no longer employed at Wilshire Law Firm, PLC.

Appearing counsel requests that all papers in this action be served upon the undersigned at the address below:

Bobby Saadian (SBN 250377)
bobby@wilshirelawfirm.com
Nicol Hajjar (SBN 303102)
nicol@wilshirelawfirm.com
Elizabeth M. Votra (SBN 310717)
evotra@wilshirelawfirm.com
**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Fl.
Los Angeles, California 90010
Telephone:  (213) 381-9988
Facsimile:   (213) 381-9989

Dated: June 10, 2021                    Respectfully submitted,

                                        WILSHIRE LAW FIRM, PLC

                                        By: /s/ Elizabeth M. Votra
                                            Bobby Saadian
                                            Nicol E. Hajjar
                                            Elizabeth M. Votra
                                            Attorneys for Plaintiff Lacretia Martin

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2021, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and service via transmittal of a Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 10, 2021, at Los Angeles, California.

/s/ Tonya DeGruy
Tonya DeGruy

# PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         )
COUNTY OF LOS ANGELES )

I, Tonya DeGruy, state that I am employed in the aforesaid County, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 3055 Wilshire Blvd., 12th Floor, Los Angeles, California 90010.

On June 10, 2021, I served the foregoing **NOTICE OF SUBSTITUTION OF ATTORNEY** on the interested parties by placing a true copy thereof, enclosed in a sealed envelope by following one of the methods of service as follows:

| | |
|---|---|
| Jeffrey Alan Snyder | Margaret Anne Crawford |
| Shuman Snyder LLP | Shuman Snyder LLP |
| 525 Middlefield Road, Suite 140 | 525 Middlefield Road, Suite 140 |
| Menlo Park, CA 94025 | Menlo Park, CA 94025 |
| Email: jeff@shusny.com | Email: mcrawford@mcrawfordlaw.com |

Attorneys for Defendant, BUSINESS WIRE, INC.

(X)   **BY ELECTRONIC DELIVERY:** Pursuant to C.C.P. §1010.6, I emailed the above document(s) from e-mail tdegruy@wilshirelawfirm.com to the person(s) at the email address(es) set forth above. No error was reported. A true and correct copy of the transmittal report will be produced if requested by any party or the court.

I declare under the penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Executed on June 10, 2021 at Los Angeles, California.

             */s/Tonya DeGruy*
                Tonya DeGruy

WILSHIRE LAW FIRM, PLC
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137